```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

BURBERRY LIMITED, ET AL.,

                Plaintiffs,

        - against -

VARIOUS JOHN DOES, ET AL.,

                Defendants.

23-cv-3746 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The seal in this action is lifted and all papers under seal in this action are now unsealed.

SO ORDERED.

Dated:    New York, New York
            June 5, 2023

                                        John G. Koeltl
                                  United States District Judge