```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
--------------------------------------------------

BURBERRY LIMITED, ET AL.,

                Plaintiffs,

        - against -

VARIOUS JOHN DOES, ET AL.,

                Defendants.

--------------------------------------------------

23-cv-3746 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The time for the plaintiffs to file another amended complaint is extended to **August 7, 2023**.

SO ORDERED.

Dated:     New York, New York
            June 5, 2023

                                        /s/ John G. Koeltl
                                       John G. Koeltl
                              **United States District Judge**